# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

April 12, 2007

### NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          May 31, 2007

LOCATION OF HEARING SESSION:      Lloyd D. George United States Courthouse
                                  Courtroom 7C, 7th Floor
                                  333 Las Vegas Boulevard South
                                  Las Vegas, Nevada  89101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **May 14, 2007.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

c:  Clerk, U.S. District Court for the District of Nevada

D-487

Dockets.Justia.co

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APRIL 12, 2007

JEFFERY N. LÜTHI
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on May 31, 2007, a hearing session will be held in Las Vegas, Nevada, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

D-488

SCHEDULE OF MATTERS FOR HEARING SESSION
May 31, 2007 -- Las Vegas, Nevada


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT


MDL-1835 -- In re Brian L. Roberts Litigation

Motion of plaintiff Brian L. Roberts for centralization of the following actions in the United States District Court for the Southern District of New York:

Southern District of New York

*Brian L. Roberts v. Sony Corp., et al.*, C.A. No. 1:06-6337

District of Utah

*Brian L. Roberts v. Sony, et al.*, C.A. No. 2:04-673


MDL-1836 -- In re Mirapex Products Liability Litigation

Motion of defendants Boehringer Ingelheim Pharmaceuticals, Inc., and Pfizer Inc. for centralization of the following actions in the United States District Court for the Southern District of New York or, in the alternative, the United States District Court for the District of Connecticut or other suitable United States district court:

Northern District of California

*Therese Bottiglieri v. Pfizer Inc., et al.*, C.A. No. 3:06-3248

District of Maryland

*William David Livingston, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 1:06-1887

District of Minnesota

*Gary Selinsky, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06-873
*Robert M. Zwayer, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06-874

D-489

Schedule of Matters for Hearing Session, Section A                    p. 2
Las Vegas, Nevada

MDL-1836 (Continued)

### District of Minnesota (Continued)

Michael A. Dubaich, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-875
Donald J. Nelsen v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-876
Larry Webb, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-898
Timothy Harms v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 0:06-899
Timothy L. Estep v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-900
Mary Conway v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 0:06-901
Dennis M. Scharpen, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-1206
Gary E. Charbonneau, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-1215
Todd R. Cain v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 0:06-1582
Manuel A. Quintela, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-1675
Thaddeus R. Fayard v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2144
Hylton H. Dodd v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2145
Michael W. Averitt, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2194
William F. Courtney, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2546
Richard I. Bloom, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2577
Joyce A. Anderson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2578
Kathleen R. Frye, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-2662
Cynthia Harris, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
  C.A. No. 0:06-3009

D-490

Schedule of Matters for Hearing Session, Section A                          p. 3
Las Vegas, Nevada


MDL-1836 (Continued)


District of Minnesota (Continued)

*Daniel M. Hayward, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3180
*Daniel F. Neal v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, C.A. No. 0:06-3182
*Peggy J. Bronson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3254
*Theresa R. Seaman, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3255
*Madeline J. Vingers v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3284
*Irene M. Conejo v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3519
*Melody S. Erickson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3526
*Alan Kite, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3527
*George P. Wagner v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3537
*Gordon J. Haughey, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3539
*Stella C. Rush, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3544
*Carl M. Milam, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3778
*Floyd Wayne Kanuch v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-3839
*Rick James Berger v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-4358
*Mark Mayer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, C.A. No. 0:06-4366
*Resa King, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-4502
*George Konrad v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-4699
*Steven Purser, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*,
  C.A. No. 0:06-4783

D-491

Schedule of Matters for Hearing Session, Section A                    p. 4
Las Vegas, Nevada

MDL-1836 (Continued)

District of Minnesota (Continued)

Barbara Goldman, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4784
James Holmes, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4785
Florene D. Saracco v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4827
Greg Stutz v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 0:06-4828
Thomas M. Celorie v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4868
Maryann J. Deleo, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4869
William Chamberlain, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4870
Ronald P. Markel, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4871
Hilarie Pearce v. Boehringer Ingelheim Pharmaceuticals, Inc., et al., C.A. No. 0:06-4944
Linda Michels, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4945
David Emery, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4946
Richard Scott Brown v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4947
William Gage, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4948
Carolyn Paulette Shows, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-4949
Michele C. Glancy, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:06-5123
Tza Ping Aliya Lee, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
    C.A. No. 0:07-39

D-492

Schedule of Matters for Hearing Session, Section A                          p. 5
Las Vegas, Nevada


MDL-1836 (Continued)


#### Western District of Missouri

*Wayne Jackson, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,*
    C.A. No. 4:06-969

#### Western District of Washington

*Matthew Andresen, et al. v. Pfizer Inc., et al.,* C.A. No. 2:06-1413


## MDL-1837 -- In re BMW Subframe Marketing and Sales Practices Litigation

Motion of plaintiff Scott Halperin for centralization of the following actions in the United
States District Court for the District of New Jersey:

#### Central District of California

*Eric Bacca, et al. v. BMW of North America, LLC,* C.A. No. 2:06-6753

#### Middle District of Florida

*Frances Perrone v. BMW of North America, LLC,* C.A. No. 8:06-2045

#### Southern District of Mississippi

*Jaime Moore v. BMW of North America, LLC,* C.A. No. 4:06-139

#### District of New Jersey

*Lyndsay Alpert, et al. v. BMW of North America, LLC,* C.A. No. 2:06-5198


D-493

Schedule of Matters for Hearing Session, Section A                    p. 6
Las Vegas, Nevada


MDL-1838 -- In re TJX Companies, Inc., Customer Data Security Breach Litigation

    Motion of plaintiffs Julie Buckley, et al., for centralization of the following actions in the United States District Court for the District of Massachusetts:

        Northern District of Alabama

    *Jo Wood, et al. v. TJX, Inc., et al.*, C.A. No. 2:07-147

        District of Massachusetts

    *Paula G. Mace v. TJX Companies, Inc.*, C.A. No. 1:07-10162
    *Amerifirst Bank v. TJX Companies, Inc., et al.*, C.A. No. 1:07-10169
    *Julie Buckley, et al. v. TJX Companies, Inc.*, C.A. No. 1:07-10209
    *Thomas J. Gaydos v. TJX Companies, Inc., et al.*, C.A. No. 1:07-10217

        District of Puerto Rico

    *Patricia Miranda, et al. v. TJX, Inc., et al.*, C.A. No. 3:07-1075


MDL-1839 -- In re Pro Tem Partners, Inc., and Semico Research Corp. Contract Litigation

    Motion of Pro Tem Partners, Inc., for centralization of the following actions in the United States District Court for the District of Massachusetts:

        District of Arizona

    *Semico Research Corp. v. Jan-Charles Fine, et al.*, C.A. No. 2:06-2475

        District of Massachusetts

    *Pro Tem Partners, Inc. v. Semico Research Corp.*, C.A. No. 1:05-11822

D-494

Schedule of Matters for Hearing Session, Section A                                              p. 7
Las Vegas, Nevada


MDL-1840 -- In re Motor Fuel Temperature Sales Practices Litigation

Motion of defendants Exxon Mobil Corp.; Hess Corp.; and Motiva Enterprises LLC for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of California

*Mark Rushing, et al. v. Alon USA, Inc., et al.*, C.A. No. 3:06-7621

### District of Kansas

*Zachary Wilson, et al. v. Ampride, Inc., et al.*, C.A. No. 2:06-2582
*American Fiber & Cabling LLC., et al. v. BP Corp. North America, Inc., et al.*,
    C.A. No. 2:07-2053

### Western District of Kentucky

*Keen Exploration, LLC, et al. v. Amoco Oil Co., et al.*, C.A. No. 5:07-14

### Western District of Missouri

*Victor VanDyne v. Murphy Oil USA, Inc., et al.*, C.A. No. 2:06-4302
*Ditzfeld Transfer, Inc. v. Pilot Travel Centers, LLC., et al.*, C.A. No. 2:07-4025
*James Vanderbilt v. BP Corp. North America, Inc., et al.*, C.A. No. 4:06-1052
*Brent Donaldson, et al. v. BP Corp. North America, Inc., et al.*, C.A. No. 4:07-93

### District of New Jersey

*Richard Galauski, et al. v. Amerada Hess Corp., et al.*, C.A. No. 3:06-6005

### Western District of Oklahoma

*Craig Massey, et al. v. BP Corp. North America, Inc., et al.*, C.A. No. 5:07-102
*Cynthia J. Cary, et al. v. BP Corp. North America, Inc., et al.*, C.A. No. 5:07-155

### Western District of Tennessee

*Diane Foster, et al. v. BP North America Petroleum, Inc., et al.*, C.A. No. 2:07-2059

D-495

Schedule of Matters for Hearing Session, Section A                    p. 8
Las Vegas, Nevada

MDL-1841 -- In re Wells Fargo Loan Processor Overtime Pay Litigation

Motion of defendant Wells Fargo Home Mortgage for centralization of the following
actions in the United States District Court for the District of Kansas:

Northern District of California

*Mary Basore, et al. v. Wells Fargo Home Mortgage, et al.*, C.A. No. 3:07-461

District of Kansas

*Trudy Bowne, et al. v. Wells Fargo Home Mortgage*, C.A. No. 2:06-2020

MDL-1842 -- In re Kugel Mesh Hernia Patch Products Liability Litigation

Motion of plaintiffs Sonia Montiel, et al., for centralization of certain of the following
actions in the United States District Court for the District of Rhode Island and motion of plaintiffs
Lilyan Kathleen Hall, et al., for centralization of the following actions in the United States
District Court for the Northern District of Alabama:

Northern District of Alabama

*Lilyan Kathleen Hall, et al. v. Davol, Inc., et al.*, C.A. No. 3:07-480

Eastern District of Arkansas

*Carolene Jean Carter v. Davol, Inc., et al.*, C.A. No. 4:06-1012

Western District of Arkansas

*Mary Jane Campbell v. Davol, Inc., et al.*, C.A. No. 5:06-5154

Eastern District of California

*Daniel Poston, et al. v. Davol, Inc.*, C.A. No. 2:07-32

Northern District of Florida

*Jane R. Wilson v. Davol, Inc., et al.*, C.A. No. 3:06-541

D-496

Schedule of Matters for Hearing Session, Section A                    p. 9
Las Vegas, Nevada

MDL-1842 (Continued)

#### Central District of Illinois

*James Daniel Mathien v. Davol, Inc., et al.*, C.A. No. 2:07-2031

#### Eastern District of Missouri

*Timothy J. Edgar v. Davol, Inc.*, C.A. No. 4:06-1471

#### District of New Jersey

*Jenine Von Essen v. C.R. Bard, Inc., et al.*, C.A. No. 2:06-4786

#### Eastern District of New York

*Thomas D. Hyland, et al. v. Davol, Inc., et al.*, C.A. No. 2:07-1054

#### Southern District of New York

*Sophia Katechis, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-2098

#### Northern District of Ohio

*Richard H. Sayler, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-765

#### District of Rhode Island

*Sonia Montiel, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-64

#### Middle District of Tennessee

*George Andrew Luffman v. C.R. Bard, Inc., et al.*, C.A. No. 3:07-243

D-499

Schedule of Matters for Hearing Session, Section A                    p. 10
Las Vegas, Nevada

MDL-1843 -- In re Schering Marketing and Sales Practices Litigation

 Motion of plaintiff United American Insurance Company for centralization of the
following actions in the United States District Court for the Eastern District of Pennsylvania:

   District of New Jersey

*International Brotherhood of Teamsters Local No. 331 Health & Welfare Trust Fund v.*
 *Schering-Plough Corp.*, C.A. No. 2:06-5774

   Eastern District of Pennsylvania

*Blue Cross & Blue Shield of Alabama v. Schering-Plough Corp., et al.,*
 C.A. No. 2:07-568
*United American Insurance Co. v. Schering-Plough Corp., et al.,* C.A. No. 2:07-702

MDL-1844 -- In re Air Crash Near Peixoto de Azeveda, Brazil, on September 29, 2006

 Motion of plaintiff Zita Swensson de Mattos for centralization of the following actions in
a single United States district court:

   Central District of California

*Maria Jose Miranda Bermudes Abreu, et al. v. ExcelAire Service, Inc., et al.,*
 C.A. No. 2:07-1296

   Middle District of Florida

*Suely de Castro Alves Miranda, etc. v. Joseph Lepore, et al.,* C.A. No. 6:07-283

   Eastern District of Missouri

*Bianca Pi Hancock, etc. v. ExcelAire Services, Inc., et al.,* C.A. No. 4:07-372

   Eastern District of New York

*Patricia Abrahim Barbosa Garcia, et al. v. ExcelAire Service, Inc., et al.,*
 C.A. No. 1:06-5964
*Mario De Abreu Lleras, et al. v. ExcelAire Service, Inc., et al.,* C.A. No. 2:06-6083

p-498

Schedule of Matters for Hearing Session, Section A                          p. 11
Las Vegas, Nevada

MDL-1844 (Continued)

### Southern District of New York

*Zita Swensson de Mattos, etc. v. ExcelAire Services, Inc., et al.*, C.A. No. 1:07-948

### MDL-1845 -- In re ConAgra Peanut Butter Products Liability Litigation

Motion of plaintiffs Grady Ware, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of Georgia; motion of plaintiffs Thomas B. Price, Annie Blackwell, and Jamie S. Jeffords for centralization of certain of the following actions in the United States District Court for the District of South Carolina; and motion of plaintiff Pamela Gateley, etc., for centralization of certain of the following actions in a single United States district court:

### Middle District of Florida

*Marion Caldarera v. ConAgra Foods, Inc., et al.*, C.A. No. 8:07-384

### Southern District of Florida

*Charles Stafford v. ConAgra Foods, Inc.*, C.A. No. 9:07-80178

### Middle District of Georgia

*Karen Klepsig, et al. v. ConAgra Foods, Inc.*, C.A. No. 1:07-37
*Geoffrey Midler v. ConAgra Foods, Inc.*, C.A. No. 1:07-42

### Northern District of Georgia

*Anne Cease, et al. v. ConAgra Foods, Inc.*, C.A. No. 1:07-425
*John Harper v. ConAgra Foods, Inc.*, C.A. No. 1:07-538
*Grady Ware, et al. v. ConAgra Foods, Inc.*, C.A. No. 4:07-40

### Northern District of Mississippi

*Pamela Gateley, etc. v. ConAgra Foods, Inc.*, C.A. No. 2:07-35

D-489

Schedule of Matters for Hearing Session, Section A          p. 12
Las Vegas, Nevada

MDL-1845 (Continued)

### Western District of Missouri

*Brian Cox, et al. v. ConAgra Foods, Inc.*, C.A. No. 5:07-6027

### Western District of New York

*Mark Avalone, et al. v. ConAgra Foods, Inc.*, C.A. No. 6:07-6084

### Eastern District of Oklahoma

*Irene Clandord v. ConAgra Foods, Inc.*, C.A. No. 6:07-56

### Eastern District of Pennsylvania

*Lucille A. Knight v. ConAgra Foods, Inc.*, C.A. No. 2:07-818

### Middle District of Pennsylvania

*Kathleen Nieves, et al. v. ConAgra Foods, Inc.*, C.A. No. 3:07-327

### District of South Carolina

*Annie Blackwell v. ConAgra Foods, Inc.*, C.A. No. 0:07-529
*Thomas B. Price v. ConAgra Foods, Inc.*, C.A. No. 3:07-536
*Jerry Shawn Medford v. ConAgra Foods, Inc.*, C.A. No. 3:07-611
*Jamie S. Jeffords v. ConAgra Foods, Inc.*, C.A. No. 4:07-530
*Jennifer Ann Hoey, et al. v. ConAgra Foods, Inc.*, C.A. No. 7:07-544

### Eastern District of Tennessee

*Cynthia Woodlee, et al. v. ConAgra Foods, Inc.*, C.A. No. 4:07-15

### Western District of Washington

*James Winston Daniels, II, et al. v. ConAgra, Inc.*, C.A. No. 2:07-259

D-500

Schedule of Matters for Hearing Session, Section A                    p. 13
Las Vegas, Nevada

MDL-1846 -- In re Trade Partners, Inc., Investors Litigation

       Motion of defendants Macatawa Bank Corp. and Macatawa Bank for centralization of the following actions in the United States District Court for the Western District of Michigan or, in the alternative, the United States District Court for the Western District of Oklahoma:

              Central District of California

*James Lee, et al. v. Macatawa Bank Corp., et al.*, C.A. No. 2:06-8009

              Western District of Michigan

*Forrest W. Jenkins, et al. v. Macatawa Bank Corp., et al.*, C.A. No. 1:03-321

              Western District of Oklahoma

*Steven M. Adamson, et al. v. Macatawa Bank Corp., et al.*, C.A. No. 5:06-1267
*Eddie Elkins, et al. v. Macatawa Bank Corp.*, C.A. No. 5:07-109

              Northern District of Texas

*Frank V. Bailey, et al. v. Macatawa Bank Corp.*, C.A. No. 3:06-2193

MDL-1847 -- In re Tayssoun Transportation, Inc., and Dallas & Mavis Specialized Carrier Co., LLC, Contract Litigation

       Motion of plaintiff Tayssoun Transportation, Inc., for centralization of the following actions in the United States District Court for the Southern District of Texas:

              Northern District of Texas

*Dallas & Mavis Specialized Carrier Co., LLC v. Pacific Motor Transport Co., et al.*, C.A. No. 3:06-1922

              Southern District of Texas

*Tayssoun Transportation, Inc. v. Dallas & Mavis Specialized Carrier Co., LLC*, C.A. No. 4:06-3463

D-501

Schedule of Matters for Hearing Session, Section A                    p. 14
Las Vegas, Nevada

MDL-1848 -- In re Rembrandt Technologies, LP, Patent Litigation

     Motion of defendant CoxCom, Inc., for centralization of the following actions in the United States District Court for the District of Delaware:

       District of Delaware

*Rembrandt Technologies, LP v. Cablevision Systems Corp., et al.*, C.A. No. 1:06-635
*Coxcom, Inc. v. Rembrandt Technologies, LP*, C.A. No. 1:06-721
*Rembrandt Technologies, LP v. CBS Corp.*, C.A. No. 1:06-727
*Rembrandt Technologies, LP v. NBC Universal, Inc.*, C.A. No. 1:06-729
*Rembrandt Technologies, LP v. ABC, Inc.*, C.A. No. 1:06-730
*Rembrandt Technologies, LP v. Fox Entertainment Group, Inc., et al.*, C.A. No. 1:06-731

       Southern District of New York

*Rembrandt Technologies, LP v. Adelphia Communications Corp., et al.*,
  Bky. Advy. No. 1:06-1739
*Rembrandt Technologies, LP v. Adelphia Communications Corp.*, C.A. No. 1:07-214

       Eastern District of Texas

*Rembrandt Technologies, LP v. Comcast Corp., et al.*, C.A. No. 2:05-443
*Rembrandt Technologies, LP v. Sharp Corp., et al.*, C.A. No. 2:06-47
*Rembrandt Technologies, LP v. Charter Communications, Inc., et al.*, C.A. No. 2:06-223
*Rembrandt Technologies, LP v. Time Warner Cable, Inc.*, C.A. No. 2:06-224
*Rembrandt Technologies, LP v. Time Warner Cable, Inc.*, C.A. No. 2:06-369
*Rembrandt Technologies, LP v. Comcast Corp., et al.*, C.A. No. 2:06-506
*Rembrandt Technologies, LP v. Charter Communications, Inc., et al.*, C.A. No. 2:06-507

MDL-1849 -- In re C.H. Robinson Worldwide, Inc., Overtime Pay Litigation

     Motion of plaintiffs for centralization of the following actions in the United States District Court for the Northern District of Illinois or, in the alternative, the United States District Court for the District of Minnesota:

       Northern District of Alabama

*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:06-4926

D-502

Schedule of Matters for Hearing Session, Section A                    p. 15
Las Vegas, Nevada

MDL-1849 (Continued)


    Central District of California

*Mimi Vuong v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1428
*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 8:07-301

    Eastern District of California

*Gladys Garcia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-157

    Northern District of California

*Kimberly Elam, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-475

    Northern District of Georgia

*Terri Kuvach, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:07-328

    Northern District of Illinois

*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6461
*Cheryl D. Braithwaite, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6462
*Lynn A. Amorose, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6463
*Angela L. Jacobson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6465
*Scott D. Hyder, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6503
*Anne K. Ciaglia, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6507
*Joann M. McGill, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6510
*Richard Cahn, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6512
*Jason K. Bergquist, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6515
*Craig Bowen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6516
*Christopher L. Sims, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6520
*Shannon D. Anderson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6527
*Nora Hageman, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6530
*Brenda Mitchell, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6538
*Lynette DiNova, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6545
*Joanna Elke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6552

D-503

Schedule of Matters for Hearing Session, Section A                    p. 16
Las Vegas, Nevada

MDL-1849 (Continued)

### Northern District of Illinois (Continued)

*Roy Rogenic, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6553
*LaToya R. McCants, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6556
*Michael Blackburn v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6563
*Sharon K. Dodson-McDonald, et al. v. C.H. Robinson Worldwide, Inc.*,
  C.A. No. 1:06-6564
*Patricia A. Parrish, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6568
*Brendan M. Clarke, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6581
*Amber Vandersommen, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6582
*Leslie Nemelka, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6623
*Kari S. Johnson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6629
*Ariel B. Crotty, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6630
*Wendy L. Ferger, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6632
*Laura J. Jeneault, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6634
*Heidi Michelle Poepsel v. C.H. Robinson Worldwide, Inc.*, C.A. No. 1:06-6664

### Southern District of Indiana

*Catherine A. Wilcox v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-197

### District of Kansas

*Kimberly K. Bethel, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-2129
*Lisa M. Quigley, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 6:07-1063

### Eastern District of Louisiana

*Morgan J. Wood, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-1269

### Eastern District of Michigan

*Carla M. Strugala v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-10767

D-504

Schedule of Matters for Hearing Session, Section A                              p. 17
Las Vegas, Nevada


MDL-1849 (Continued)


    District of Minnesota

    *Jamie L. Benner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4640
    *Justin Accola, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4643
    *Jeffrey Cichosz, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4644
    *William F. Holmberg, Jr. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4645
    *Elizabeth Marianne Buck, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4646
    *Penny M. Cantazaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4647
    *Kathy Cota, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4648
    *Jill K. East, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4649
    *Kathleen L. Hambleton, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4650
    *Elizabeth Hopp v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4651
    *Joann F. Larson v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4652
    *Kelley S. Lyons, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4653
    *Kimberly M. Martineau, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4654
    *Sandra Steinmetz, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4655
    *John Gino Giovannoni v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:06-4960
    *Sally J. Dowden, et al., C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-89
    *Amelia M. Alfaro, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-90
    *Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-251
    *Claudia Alicia Martinez, et al. v.C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-542
    *Jennifer N. Mcinnis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-544
    *Beth Shaw, et al v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-595
    *Shannon Davis v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1119
    *Esther Nevarez, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 0:07-1563


    Eastern District of Missouri

    *Heather Lee Markle, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-428

    Northern District of Ohio

    *Julie Gallagher, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-846

D-505

Schedule of Matters for Hearing Session, Section A                    p. 18
Las Vegas, Nevada

MDL-1849 (Continued)

#### Western District of Oklahoma

*Timothy J. Bumgarner, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-278

#### District of Oregon

*Allison M. Cassie, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-333

#### District of South Carolina

*Rodney Brewer, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:06-3595

#### District of South Dakota

*Angela K. Smoot v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-4038

#### Eastern District of Tennessee

*Carolyn Baker Hall, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-46

#### Eastern District of Texas

*Aaron Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 4:07-1

#### Northern District of Texas

*Stephanie Smith, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 3:07-409

#### Western District of Texas

*Adelita Dickson, et al. v. C.H. Robinson Worldwide, Inc.*, C.A. No. 5:07-186

#### Eastern District of Wisconsin

*Kelly K. Hoell v. C.H. Robinson Worldwide, Inc.*, C.A. No. 2:07-267

D-506

Schedule of Matters for Hearing Session, Section A                    p. 19
Las Vegas, Nevada

MDL-1850 -- In re Pet Food Products Liability Litigation

       Motion of plaintiff Shirley Sexton for centralization of certain of the following actions in the United States District Court for the Central District of California; motion of plaintiff Christina Troiano for centralization of certain of the following actions in the United States District Court for the Southern District of Florida; and motion of plaintiffs Tom Whaley; Stacey Heller, et al.; Audrey Kornelius, et al.; Suzanne E. Johnson, et al.; and Michele Suggett, et al.,    for centralization of the following actions in the United States District Court for the Western District of Washington:

       Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

       Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

       District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

       Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

       Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

       District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

       Eastern District of Tennessee

*Lizajean Holt v. Menu Foods, Inc.*, C.A. No. 3:07-94

D-507

Schedule of Matters for Hearing Session, Section A                    p. 20
Las Vegas, Nevada


MDL-1850 (Continued)


### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457


D-508

Schedule of Matters for Hearing Session, Section B                    p. 21
Las Vegas, Nevada


## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs and defendant Rowan Companies, Inc., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Western District of Arkansas

*Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.*, C.A. No. 2:07-2004

Northern District of California

*Carla Groce, et al. v. Todd Shipyards Corp., et al.*, C.A. No. 3:07-241
*Geraldine Burton, et al. v. A.W. Chesterton Co., et al.*, C.A. No. 3:07-702

Southern District of Illinois

*Jack Franklin v. CSX Transportation, Inc.*, C.A. No. 3:06-1058

Eastern District of Louisiana

*Melvin Raymond v. Borden, Inc., et al.*, C.A. No. 2:06-11140

Middle District of Louisiana

*Teressa Bell, etc. v. Rowan Companies, Inc., et al.*, C.A. No. 3:06-785
*Aurelie Breau Waguespack, et al. v. Anco Insulations, Inc., et al.*, C.A. No. 3:06-965

Western District of Louisiana

*Daniel Jarrell v. Franks Petroleum, Inc., et al.*, C.A. No. 6:06-2190

D-509

Schedule of Matters for Hearing Session, Section B                              p. 22
Las Vegas, Nevada


MDL-875 (Continued)


    District of Maryland

    *Linda Hudson, et al. v. Rapid-American Corp., et al.*, C.A. No. 1:06-3319

    Southern District of New York

    *Talbot P. Frawley, et al. v. General Electric Co., et al.*, C.A. No. 1:06-15395


MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

    Opposition of plaintiffs Scott Davis, et al., to transfer of the following action to the United States District Court for the District of New Hampshire:

    Northern District of Illinois

    *Scott Davis, et al. v. Dennis Kozlowski, et al.*, C.A. No. 1:07-227


MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

    Opposition of plaintiff Leonie Moise, etc., to transfer of the following action to the United States District Court for the Southern District of Indiana:

    Middle District of Florida

    *Leonie Moise, etc. v. Bridgestone/Firestone North American Tire, LLC*,
       C.A. No. 2:06-675


D-510

Schedule of Matters for Hearing Session, Section B                              p. 23
Las Vegas, Nevada


MDL-1373 (Continued)


Oppositions of defendants Bridgestone Firestone North American Tire, LLC and Ford
Motor Company to remand, under 28 U.S.C. § 1407(a), of the following action to the United
States District Court for the Western District of Arkansas:

### Southern District of Indiana

*Susan Janssen, etc. v. Bridgestone/Firestone North American Tire, LLC, et al.,*
    C.A. No. 1:04-5811 (W.D. Arkansas, C.A. No. 2:04-2164)


### MDL-1409 -- In re Currency Conversion Fee Antitrust Litigation

Opposition of plaintiff Kyle Sandera to transfer of the following action to the United
States District Court for the Southern District of New York:

### Northern District of California

*Kyle Sandera v. Bank of America Corp., et al.,* C.A. No. 3:07-34


### MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Opposition of plaintiff The State of Idaho to transfer of the following action to the United
States District Court for the District of Massachusetts:

### District of Idaho

*State of Idaho v. Abbott Laboratories,* C.A. No. 1:07-93


D-511

Schedule of Matters for Hearing Session, Section B                                    p. 24
Las Vegas, Nevada


MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

      Motion of defendant Reliant Energy Services, Inc., to transfer the following action to the
United States District Court for the District of Nevada:

          Western District of Wisconsin

    *Arandell Corp., et al. v. Xcel Energy, Inc., et al.*, C.A. No. 3:07-76


MDL-1596 -- In re Zyprexa Products Liability Litigation

      Motions of defendant Eli Lilly & Company to transfer the following actions to the United
States District Court for the Eastern District of New York:

          District of South Carolina

    *Samuel Davis v. Eli Lilly & Co.*, C.A. No. 3:06-2312
    *Kimberly J. Johnson, et al. v. Ricardo Jose Fermo, M.D., et al.*, C.A. No. 4:06-2994


MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

      Oppositions of plaintiffs Mary Brown; Linda Fleshman; David Waters, Sr., et al.; Donald
Moden, et al.; Annette Miranda; and Stanley C. Beardslee, et al., to transfer of their respective
following actions to the United States District Court for the Northern District of Illinois:

          Eastern District of Texas

    *Mary Brown v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 1:07-92

          Northern District of Texas

    *Linda Fleshman v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 4:07-108

          Western District of Texas

    *David Waters, Sr., et al. v. Ocwen Financial Corp., et al.*, C.A. No. 1:07-61
    *Donald Moden, et al. v. Ocwen Financial Corp., et al.*, C.A. No. 1:07-62

D-512

Schedule of Matters for Hearing Session, Section B                    p. 25
Las Vegas, Nevada

MDL-1604 (Continued)

### Western District of Texas (Continued)

*Annette Miranda v. Ocwen Financial Corp., et al.*, C.A. No. 5:07-34
*Stanley C. Beardslee, et al. v. Ocwen Loan Servicing, LLC, et al.*, C.A. No. 5:07-137

### MDL-1626 -- In re Accutane Products Liability Litigation

Opposition of defendant Hoffman-La Roche, Inc., to transfer of the following action to the United States District Court for the Middle District of Florida:

### Eastern District of Pennsylvania

*Darrell W. Borum, Jr. v. Hoffmann-La Roche, Inc., et al.*, C.A. No. 2:07-94

### MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### Central District of California

*Ruby Lois Moore Estate, etc. v. Merck & Co., Inc.*, C.A. No. 2:06-7548

### Eastern District of California

*Mosetta Bernstine v. Merck & Co., Inc., et al.*, C.A. No. 2:07-34
*Katherine Harrison v. Merck & Co., Inc., et al.*, C.A. No. 2:07-42
*James Daniels, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-48
*Barbara Ford-Daniels v. Merck & Co., Inc., et al.*, C.A. No. 2:07-51
*Lynn Franklin v. Merck & Co., Inc., et al.*, C.A. No. 2:07-57
*Irma Franklin v. Merck & Co., Inc., et al.*, C.A. No. 2:07-58
*Carolyn Lee Wilson v. Merck & Co., Inc., et al.*, C.A. No. 2:07-61
*Mary Ann Harris v. Merck & Co., Inc., et al.*, C.A. No. 2:07-67
*John Wilson v. Merck & Co., Inc., et al.*, C.A. No. 2:07-68

D-513

Schedule of Matters for Hearing Session, Section B                              p. 26
Las Vegas, Nevada


MDL-1657 (Continued)

    <u>Eastern District of California</u> (Continued)

    *Ishmael Haqq v. Merck & Co., Inc., et al.*, C.A. No. 2:07-73
    *David Tenn, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-75
    *Estate of Juanita Battle v. Merck & Co., Inc., et al.*, C.A. No. 2:07-77
    *Denise Denison v. Merck & Co., Inc., et al.*, C.A. No. 2:07-79

    <u>Northern District of California</u>

    *Dorothy Shanks v. Merck & Co., Inc., et al.*, C.A. No. 3:07-65
    *Stanford Johnson v. Merck & Co., Inc., et al.*, C.A. No. 3:07-67
    *Estate of Robert Badke, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:07-69
    *Fred Hardin v. Merck & Co., Inc., et al.*, C.A. No. 3:07-75
    *Jeffrey Nielsen v. Merck & Co., Inc., et al.*, C.A. No. 3:07-76
    *Juliana Nielsen v. Merck & Co., Inc., et al.*, C.A. No. 3:07-77
    *Jacquelyn Johnson v. Merck & Co., Inc., et al.*, C.A. No. 3:07-78
    *Arthur Shanks v. Merck & Co., Inc., et al.*, C.A. No. 4:07-68
    *Earnestine Hardin v. Merck & Co., Inc., et al.*, C.A. No. 4:07-70
    *Shahla Jaferian v. Merck & Co., Inc., et al.*, C.A. No. 5:07-66
    *Estate of Sandra Ellis v. Merck & Co., Inc.*, C.A. No. 5:07-74
    *Nader Jaferian v. Merck & Co., Inc., et al.*, C.A. No. 5:07-79
    *Randolph Dossett v. Merck & Co., Inc., et al.*, C.A. No. 5:07-80
    *Suzanne Dante v. Merck & Co., Inc., et al.*, C.A. No. 5:07-81

    <u>Southern District of California</u>

    *Genevieve Tadman v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2151
    *Del Rorer v. Merck & Co., Inc., et al.*, C.A. No. 3:07-10
    *Carol Krepp v. Merck & Co., Inc., et al.*, C.A. No. 3:07-11
    *Charles Krepp v. Merck & Co., Inc., et al.*, C.A. No. 3:07-12
    *Teresa Rorer v. Merck & Co., Inc., et al.*, C.A. No. 3:07-14
    *Arlene Purvis v. Merck & Co., Inc., et al.*, C.A. No. 3:07-15

    <u>Northern District of West Virginia</u>

    *Helen Jean Anderson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-151

D-514

Schedule of Matters for Hearing Session, Section B                                    p. 27
Las Vegas, Nevada


MDL-1657 (Continued)


### Southern District of West Virginia

*Paul Noe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1004
*Leota Faye Dickens v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1005
*Madonna Armentrout, etc. v. Rite Aid of West Virginia, Inc.*, C.A. No. 3:06-1058


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
           Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Louisiana in MDL-1657 and to the United States
District Court for the Northern District of California in MDL-1699:

### Northern District of Alabama

*William D. McCluskey, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:07-232

### Eastern District of California

*Carol Ann Davies, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2768
*Lois Hornsby, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2776
*Bertha Townsend, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2780
*Arthur Bluett, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2787
*Lisa Mathews, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2807
*Geneva Styles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2812
*Ali Muhilddine, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2814
*Elizabeth A. Cochran v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2817
*Kevin L. Chaney v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2826
*Wendel Vantine, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2851
*Barry Dohner, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2853
*Jerry Strange v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2875

### Southern District of Illinois

*Robert J. Smith, Jr., etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-964
*Wilburn Williamson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1023

D-515

Schedule of Matters for Hearing Session, Section B                                    p. 28
Las Vegas, Nevada

<u>MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
         (No. II)</u>

Opposition of plaintiff Carlos Quintin Gonzalez to transfer of the following action to the
United States District Court for the Northern District of Indiana:

<u>Southern District of Florida</u>

*Carlos Quintin Gonzalez v. FedEx Home Delivery, et al.,* C.A. No. 1:06-22964

<u>MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation</u>

Oppositions of plaintiffs Mary Alice Miller, etc., and Estefana Silva, et al., to transfer of
their respective following actions to the United States District Court for the District of Minnesota:

<u>Middle District of Florida</u>

*Mary Alice Miller, etc. v. Guidant Corp., et al.,* C.A. No. 3:07-41

<u>Southern District of Texas</u>

*Estefana Silva, et al. v. Guidant Corp., et al.,* C.A. No. 7:07-2

<u>MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>

Oppositions of plaintiffs Rodney S. Means and David L. Murphy, et al., and defendants
Dream House Mortgage Corp., Northwest Title & Escrow Corp., and Litton Loan Servicing LP to
transfer of their respective following actions to the United States District Court for the Northern
District of Illinois:

<u>Northern District of Indiana</u>

*Rodney S. Means v. Ameriquest Mortgage Co., et al.,* C.A. No. 2:06-409

<u>District of Massachusetts</u>

*Kelly Ann I. Graham, et al. v. Ameriquest Mortgage Co., et al.,* C.A. No. 4:06-40195

D-516

Schedule of Matters for Hearing Session, Section B                                    p. 29
Las Vegas, Nevada

MDL-1715 (Continued)

        <u>Eastern District of Missouri</u>

    *Paul W. Derda, et al. v. Ameriquest Mortgage Co., et al.*, C.A. No. 4:06-1649

        <u>Eastern District of Texas</u>

    *David L. Murphy, et al. v. Argent Mortgage Co., LLC*, C.A. No. 1:06-781

<u>MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
      Litigation</u>

    Oppositions of plaintiffs Florida Farm Bureau Casualty Insurance Company, etc.; David
Giorgini, et al.; and Oscar Reyes, et al., to transfer of their respective following actions to the
United States District Court for the Eastern District of Michigan:

        <u>Middle District of Florida</u>

    *Florida Farm Bureau Casualty Insurance Co., etc. v. Ford Motor Co., Inc.*,
      C.A. No. 8:06-2307

        <u>Eastern District of Pennsylvania</u>

    *David Giorgini, et al. v. Ford Motor Co.*, C.A. No. 2:06-968

        <u>Southern District of Texas</u>

    *Oscar Reyes, et al. v. Ford Motor Co., et al.*, C.A. No. 4:07-165

D-512

Schedule of Matters for Hearing Session, Section B                              p. 31
Las Vegas, Nevada


MDL-1763 -- In re Human Tissue Products Liability Litigation

      Opposition of plaintiff Sherryl Jean Thornton to transfer of the following action to the
United States District Court for the District of New Jersey:

             Northern District of Alabama

       *Sherryl Jean Thornton v. Michael Mastromarino, et al.*, C.A. No. 1:06-4899


MDL-1781 -- In re Cintas Corp. Overtime Pay Arbitration Litigation

      Opposition of respondents in all actions to remand, under 28 U.S.C. § 1407(a), of the
following actions to their respective transferor courts:

             Northern District of California

*Cintas Corp. v. Randall M. Cornelius, et al.*, C.A. No. 4:06-5078 (M.D. Alabama,
   C.A. No. 2:06-227)
*Cintas Corp. v. Darren Mitchell Anderson, et al.*, C.A. No. 4:06-5079 (N.D. Alabama,
   C.A. No. 2:06-492)
*Cintas Corp. v. Ramon J. Baudier, Jr., et al.*, C.A. No. 4:06-5080 (S.D. Alabama,
   C.A. No. 1:06-148)
*Cintas Corp. v. Robert J. Abel, et al.*, C.A. No. 4:06-5081 (D. Arizona,
   C.A. No. 2:06-693)
*Cintas Corp. v. Roberto Carlos Alegria, et al.*, C.A. No. 4:06-5082 (C.D. California,
   C.A. No. 2:06-1750)
*Cintas Corp. v. Ronald Arvizu, et al.*, C.A. No. 4:06-5083 (E.D. California,
   C.A. No. 2:06-611)
*Cintas Corp. v. Daniel E. Ainsworth, et al.*, C.A. No. 4:06-5084 (S.D. California,
   C.A. No. 3:06-632)
*Cintas Corp. v. John D. Bickham, et al.*, C.A. No. 4:06-5085 (D. Colorado,
   C.A. No. 1:06-427)
*Cintas Corp. v. Eugene Christensen, et al.*, C.A. No. 4:06-5086 (D. Connecticut,
   C.A. No. 3:06-360)
*Cintas Corp. v. Charles Leroy Gray, et al.*, C.A. No. 4:06-5087 (D. Delaware,
   C.A. No. 1:06-162)
*Cintas Corp. v. Alice Allen, et al.*, C.A. No. 4:06-5088 (M.D. Florida, C.A. No. 8:06-400)
*Cintas Corp. v. Joseph Frazier, et al.*, C.A. No. 4:06-5089 (N.D. Florida,
   C.A. No. 3:06-103)

*D-518*

Schedule of Matters for Hearing Session, Section B                    p. 32
Las Vegas, Nevada

MDL-1781 (Continued)

<u>Northern District of California</u> (Continued)

*Cintas Corp. v. David J. Abrahamsen, et al.*, C.A. No. 4:06-5090 (S.D. Florida,
   C.A. No. 0:06-60310)
*Cintas Corp. v. Matthew J. DeFelix, et al.*, C.A. No. 4:06-5091 (M.D. Georgia,
   C.A. No. 1:06-38)
*Cintas Corp. v. Jeffrey Aybar, et al.*, C.A. No. 4:06-5092 (N.D. Georgia,
   C.A. No. 1:06-569)
*Cintas Corp. v. Joe L. Banks, et al.*, C.A. No. 4:06-5093 (S.D. Georgia,
   C.A. No. 1:06-35)
*Cintas Corp. v. David DeBilzan, et al.*, C.A. No. 4:06-5094 (D. Idaho,
   C.A. No. 1:06-104)
*Cintas Corp. v. James Allen Burress, et al.*, C.A. No. 4:06-5095 (C.D. Illinois,
   C.A. No. 1:06-1068)
*Cintas Corp. v. Vince Agozzino, et al.*, C.A. No. 4:06-5096 (N.D. Illinois,
   C.A. No. 1:06-1343)
*Cintas Corp. v. James Atkins, et al.*, C.A. No. 4:06-5097 (N.D. Indiana,
   C.A. No. 2:06-85)
*Cintas Corp. v. Ryan Albright, et al.*, C.A. No. 4:06-5098 (S.D. Indiana,
   C.A. No. 1:06-401)
*Cintas Corp. v. Donald Allen Griffin, et al.*, C.A. No. 4:06-5099 (S.D. Iowa,
   C.A. No. 4:06-91)
*Cintas Corp. v. Matthew L. Blackman, et al.*, C.A. No. 4:06-5100 (D. Kansas,
   C.A. No. 2:06-2091)
*Cintas Corp. v. Danny L. Brown, et al.*, C.A. No. 4:06-5101 (E.D. Kentucky,
   C.A. No. 2:06-52)
*Cintas Corp. v. Jason Agostini, et al.*, C.A. No. 4:06-5102 (W.D. Kentucky,
   C.A. No. 3:06-131)
*Cintas Corp. v. Jack Addison, et al.*, C.A. No. 4:06-5103 (E.D. Louisiana,
   C.A. No. 2:06-1247)
*Cintas Corp. v. Gustave Fontenot, Jr., et al.*, C.A. No. 4:06-5104 (M.D. Louisiana,
   C.A. No. 3:06-188)
*Cintas Corp. v. Ivan Edward Avery, et al.*, C.A. No. 4:06-5105 (W.D. Louisiana,
   C.A. No. 6:06-391)
*Cintas Corp. v. Randall Bowles, et al.*, C.A. No. 4:06-5106 (D. Maine, C.A. No. 2:06-55)

D-519

Schedule of Matters for Hearing Session, Section B                    p. 33
Las Vegas, Nevada

MDL-1781 (Continued)

    <u>Northern District of California</u> (Continued)

*Cintas Corp. v. Joe Andrews, et al.*, C.A. No. 4:06-5107 (D. Maryland,
   C.A. No. 8:06-641)
*Cintas Corp. v. Philip Daniel Blaisdell, et al.*, C.A. No. 4:06-5108 (D. Massachusetts,
   C.A. No. 1:06-10442)
*Cintas Corp. v. Brandon Alioto, et al.*, C.A. No. 4:06-5109 (E.D. Michigan,
   C.A. No. 2:06-11043)
*Cintas Corp. v. Travis M. Ault, et al.*, C.A. No. 4:06-5110 (W.D. Michigan,
   C.A. No. 1:06-180)
*Cintas Corp. v. John Callahan, et al.*, C.A. No. 4:06-5111 (D. Minnesota,
   C.A. No. 0:06-1012)
*Cintas Corp. v. Gregory Cole Bigbee, et al.*, C.A. No. 4:06-5112 (S.D. Mississippi,
   C.A. No. 3:06-137)
*Cintas Corp. v. Relton Barnes, et al.*, C.A. No. 4:06-5113 (E.D. Missouri,
   C.A. No. 4:06-450)
*Cintas Corp. v. Randall Adams, et al.*, C.A. No. 4:06-5114 (W.D. Missouri,
   C.A. No. 4:06-208)
*Cintas Corp. v. Jeffrey Anderson, et al.*, C.A. No. 4:06-5115 (D. Nebraska,
   C.A. No. 8:06-262)
*Cintas Corp. v. Anthony Dean Hamby, et al.*, C.A. No. 4:06-5116 (D. Nevada,
   C.A. No. 2:06-300)
*Cintas Corp. v. Joseph Allen, et al.*, C.A. No. 4:06-5117 (D. New Jersey,
   C.A. No. 2:06-1164)
*Cintas Corp. v. Tony L. Bostick, et al.*, C.A. No. 4:06-5119 (D. New Mexico,
   C.A. No. 1:06-185)
*Cintas Corp. v. Troy Amott, et al.*, C.A. No. 4:06-5120 (E.D. New York,
   C.A. No. 1:06-1105)
*Cintas Corp. v. Hugh J. Kingsley, et al.*, C.A. No. 4:06-5121 (N.D. New York,
   C.A. No. 5:06-311)
*Cintas Corp. v. Louis Alves, et al.*, C.A. No. 4:06-5122 (S.D. New York,
   C.A. No. 1:06-1933)
*Cintas Corp. v. Robert F. Bowles, Jr., et al.*, C.A. No. 4:06-5123 (W.D. New York,
   C.A. No. 6:06-6147)
*Cintas Corp. v. Matthew Anderson, et al.*, C.A. No. 4:06-5124 (E.D. North Carolina,
   C.A. No. 5:06-113)

O-520

Schedule of Matters for Hearing Session, Section B                    p. 34
Las Vegas, Nevada

MDL-1781 (Continued)

> ### Northern District of California (Continued)

*Cintas Corp. v. Gus Aranegui, et al.*, C.A. No. 4:06-5126 (M.D. North Carolina, C.A. No. 1:06-225)

*Cintas Corp. v. Jonathan Allred, et al.*, C.A. No. 4:06-5127 (W.D. North Carolina, C.A. No. 3:06-114)

*Cintas Corp. v. Bradley Agler, et al.*, C.A. No. 4:06-5128 (N.D. Ohio, C.A. No. 3:06-7083)

*Cintas Corp. v. Donald Adkins, et al.*, C.A. No. 4:06-5129 (S.D. Ohio, C.A. No. 1:06-126)

*Cintas Corp. v. Robert Hall, et al.*, C.A. No. 4:06-5130 (E.D. Oklahoma, C.A. No. 6:06-97)

*Cintas Corp. v. Brent Berna, et al.*, C.A. No. 4:06-5131 (N.D. Oklahoma, C.A. No. 4:06-148)

*Cintas Corp. v. Raymond Mac Harris, Jr., et al.*, C.A. No. 4:06-5132 (W.D. Oklahoma, C.A. No. 5:06-247)

*Cintas Corp. v. Dennis Bassett, et al.*, C.A. No. 4:06-5133 (D. Oregon, C.A. No. 6:06-335)

*Cintas Corp v. Kenneth W. Baptist, et al.*, C.A. No. 4:06-5134 (E.D. Pennsylvania, C.A. No. 2:06-1053)

*Cintas Corp. v. Brian Ash, et al.*, C.A. No. 4:06-5135 (M.D. Pennsylvania, C.A. No. 3:06-517)

*Cintas Corp. v. Christopher Derenzo, et al.*, C.A. No. 4:06-5136 (W.D. Pennsylvania, C.A. No. 2:06-324)

*Cintas Corp. v. Joseph E. Edwards, et al.*, C.A. No. 4:06-5137 (D. Rhode Island, C.A. No. 1:06-112)

*Cintas Corp. v. Thomas Eugene Alert, et al.*, C.A. No. 4:06-5138 (D. South Carolina, C.A. No. 3:06-762)

*Cintas Corp. v. Stephen Barlow, et al.*, C.A. No. 4:06-5139 (E.D. Texas, C.A. No. 1:06-137)

*Cintas Corp. v. Bryan Armstrong, et al.*, C.A. No. 4:06-5140 (N.D. Texas, C.A. No. 3:06-432)

*Cintas Corp. v. Judd Allen, et al.*, C.A. No. 4:06-5141 (S.D. Texas, C.A. No. 4:06-824)

*Cintas Corp. v. Issac Anaya, et al.*, C.A. No. 4:06-5142 (W.D. Texas, C.A. No. 5:06-216)

*Cintas Corp. v. Wade Bell, et al.*, C.A. No. 4:06-5143 (D. Utah, C.A. No. 2:06-205)

D-521

Schedule of Matters for Hearing Session, Section B                                    p. 35
Las Vegas, Nevada


MDL-1781 (Continued)


### Northern District of California (Continued)

*Cintas Corp. v. John O. Ansink, Jr., et al.*, C.A. No. 4:06-5144 (E.D. Virginia,
   C.A. No. 1:06-267)
*Cintas Corp. v. Nelson Carter, Jr.*, C.A. No. 4:06-5145 (W.D. Virginia,
   C.A. No. 5:06-23)
*Cintas Corp. v. Scott Burgess, et al.*, C.A. No. 4:06-5146 (E.D. Washington,
   C.A. No. 2:06-3023)
*Cintas Corp. v. Michael Anderson, et al.*, C.A. No. 4:06-5147 (W.D. Washington,
   C.A. No. 2:06-332)
*Cintas Corp. v. Nathan J. Andree, et al.*, C.A. No. 4:06-5148 (E.D. Wisconsin,
   C.A. No. 2:06-303)
*Cintas Corp. v. Chris Brown, et al.*, C.A. No. 4:06-5149 (W.D. Wisconsin,
   C.A. No. 3:06-133)


### MDL-1789 -- In re Fosamax Products Liability Litigation

Opposition of plaintiff Mary Ellen Potgieter to transfer of the following action to the
United States District Court for the Southern District of New York:

### District of New Jersey

*Mary Ellen Potgieter v. Merck & Co., Inc.*, C.A. No. 2:07-2

D-522

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter. In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel. Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally In</u>
<u>re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

D-523

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
 (i) the dispositive issue(s) have been authoritatively decided; or
 (ii) the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

D-524

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.

D-525