HONORABLE MARSHA PECHMAN
Hearing Date: May 4, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUDREY KORNELIUS and BARBARA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No. CV 07-0454 MJP<br><br>[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS |

THIS MATTER having been presented for hearing on Defendant Menu Foods' Motion to Stay All Proceedings, the Court having considered the following:

1. Defendant Menu Foods' Motion to Stay All Proceedings and attachments thereto.

2. _____;

3. _____;

4. _____;

5. _____; and

being fully advised in the premises,

[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS - CV 07-0454 MJP- 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309

Dockets.Justia.com

1  HEREBY stays all further proceedings, including but not limited to Defendant's
2  obligation to file responsive pleadings, in this matter pending the transfer decision by the
3  Judicial Panel and a determination of class certification by the transferor court.
4  DONE IN OPEN COURT this _____ day of _____, 2007.

5

6
   _____
   MARSHA PECHMAN
7  Judge, United States District Court

8  Presented by:

9  GARDNER BOND TRABOLSI PLLC

10

11  By:____/s/_____
    Gary A. Trabolsi, WSBA No. 13215
12  Jeffrey T. Kestle, WSBA No. 29648
    2200 Sixth Avenue, Suite 600
13  Seattle, WA  98121
    Telephone:  (206) 256-6309
    Email:  gtrabolsi@gardnerbond.com
14          jkestle@gardnerbond.com
    Attorneys for Defendant MENU FOODS
15

16

17

18

19

20

21

22

23

- 2