THE HONORABLE MARSHA J. PECHMAN
Hearing Date: 5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUDREY KORNELIUS and BARBARA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No.  CV 07-0454 MJP<br><br>CERTIFICATE OF SERVICE |

I, Kristen D. Johnson, say:

I hereby certify that on May 4, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
steve@hbsslaw.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA  98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE – CV07-0454 MJP - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

DATED this 4th of May, 2007, at Seattle, Washington.


   /s/ Kristen D. Johnson
Kristen D. Johnson
Legal Assistant to Jeffrey T. Kestle