```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

      MAY - 7 2007

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

07-CV-00454-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AUDREY KORNELIUS and BARBARA
SMITH, individually and on behalf of all others
similarly situated,

                    Plaintiffs,

          v.

MENU FOODS, a foreign corporation,

                    Defendant.

No.  CV 07-0454 MJP

STIPULATION AND [PROPOSED]
ORDER STAYING ALL
PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE

WHEREAS, this case is one of over sixty (60) putative class actions filed in this court and several other courts throughout the country for damages and injunctive relief, arising from the manufacture, distribution and/or sale of pet food products by Defendant Menu Foods.

WHEREAS, on March 30, 2007, Plaintiffs filed a Motion for Transfer and Consolidation of Related Actions to the Western District of Washington Under 28 U.S.C. § 1407.  Other parties have moved for transfer of all related actions to the Southern District of Florida, the Central District of California, the District of New Jersey, and the Northern District of Illinois.

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE - CV 07-0454
MJP- 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1  WHEREAS, the MDL Panel will determine whether all actions, including this action,

2  should be transferred and coordinated and/or consolidated under 28 U.S.C. § 1407 for pretrial

3  proceedings. The MDL Panel has set this matter for hearing on May 31, 2007 in Las Vegas,

4  Nevada; and

5  WHEREAS, the parties believe that in the short intervening time between now and a

6  decision by the MDL Panel on transfer and coordination and/or consolidation, a stay of these

   proceedings will conserve party and judicial resources.

7  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Menu Foods,

8  through their designated counsel that this matter, including the deadlines for the parties to

9  participate in class certification and other pretrial proceedings, be stayed pending the

10 establishment of *In re: Pet Food Products Liability Litigation*, MDL Docket No. 1850, and

11 the potential subsequent transfer of this case for coordinated pretrial proceedings with other

12 actions pending throughout the country.

13 All parties shall, during the pendency of the stay of this matter, comply with their duty

   to preserve all evidence that may be relevant to this action. This duty extends to documents,

14 electronic data, and tangible things in the possession, custody and control of the parties to this

15 action, and any employees, agents, contractors, or carriers who possess materials reasonably

16 anticipated to be the subject of discovery in this action. "Preservation" is to be interpreted

17 broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible

18 things reasonably anticipated to be the subject of discovery under Fed. R. Civ. P. 26, 45 and

19 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial or full

20 destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration,

21 theft, or mutation of such material, as well as negligent or intentional handling that would

22 make material incomplete or inaccessible. If the business practices of any party involve the

   routine destruction, recycling, relocation, or mutation of materials, the party must, to the

23 extent practicable for the pendency of this order, either:

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE – CV 07-0454
MJP  - 2

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1          i)      halt such business practices;

2          ii)     sequester or remove such material from the business process; or

3          iii)    arrange for the preservation of complete and accurate duplicates or

4                  copies of such material, suitable for later discovery if requested.

5   IT IS SO STIPULATED.

6   Dated: May 2, 2007

7                         Respectfully submitted,

                           HAGENS BERMAN SOBOL SHAPIRO LLP

8

9                         By    /s/ Steve W. Berman (via written authorization)

10                               STEVE W. BERMAN, WSBA No. 12536
                               Attorneys for Plaintiff

11

12  Dated: May 2, 2007             Respectfully submitted,

                           MYERS & COMPANY

13

14                         By    /s/ Michael D. Myers (via written authorization)

15                               MICHAEL D. MYERS, WSBA No. 22486
                               Attorneys for Plaintiff

16  Dated: May 2, 2007             Respectfully submitted,

17                           GARDNER BOND TRABOLSI PLLC

18

19                         By    /s/ Jeffrey T. Kestle

20                               JEFFREY T. KESTLE, WSBA No. 29648
                               Attorneys for Defendant

21

22

23

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1

2                                  **ORDER**

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4                    Dated: _May 7, 2007_

5

6

7   MARSHA PECHMAN
    JUDGE, UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND [PROPOSED] ORDER
STAYING ALL PROCEEDINGS AND FOR
PRESERVATION OF EVIDENCE – CV 07-0454
MJP  - 4

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318